UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CSC TKR, INC., d/b/a             :
CABLEVISION OF RARITAN
VALLEY                           :    Civil Action No.05-0451(JLL)

      Plaintiff,           :    **SCHEDULING ORDER IN AN**
                                         **ARBITRATION MATTER**
   v.                            :

GEORGE NEILSON                   :

      Defendant.           :


      This matter having come before the Court for a scheduling conference pursuant to Civil Rule 16; good cause appearing;

      IT IS on this 10TH   day of  MAY, 2005

      **ORDERED THAT:**


## I.  ARBITRATION

      1.  This matter referred to compulsory arbitration pursuant to Local Civil Rule 201.1.

      2.   The dates set for this Scheduling Order are to be adhered to strictly.  See Section I, Guidelines for Arbitration Appendix M, Local Civil Rules).  The imposition of sanctions, including dismissal or default, will be entertained for non-compliance.  Civil Rule 16(f).

      3.   Counsel will receive further instructions and guidelines regarding arbitration directly from the Clerk of the Court after completion of discovery.

## II.  DISCOVERY

4.   Civil Rule 26(a)(1) disclosures shall be completed not later than     CLOSED          .

5.   Interrogatories and document requests shall issue not later than     MAY 24, 2005    *.

Absent leave of Court, no party shall serve more than one set of Interrogatories on any other party.

7.   Absent leave of Court, no party shall serve more than one document request (with no limit on the categories of documents requested) on any other party.  This restriction shall not, however, bar the service of Rule 30(b) notices by any party.

8.   The parties shall have until   JULY 29, 2005, to conclude all discovery.  No discovery is to be issued or engaged in beyond that date.

9.   No objections to questions posed at depositions shall be made except as permitted by Civil Rules 30(d)(1) and 32(d)(3)(A).  No instructions not to answer shall be given except as permitted by Civil Rule 30(d)(1).

10.  Any discovery dispute shall be brought to the Court's attention in the first instance by letter or by telephone conference call immediately after the parties' good faith attempt to resolve the dispute has failed.  Local Civil Rule 16.1(f)(1).

## III.  MOTION PRACTICE

11.  Any motion to amend pleadings or add new parties shall comply with Local Civil Rule 7.1 and shall be returnable not later than     NONE         .

12(a).  Any dispositive motion shall comply with Local Civil Rule 7.1.  Motion papers shall be filed and served within fourteen (14) days of the conclusion of discovery.  The parties are directed to Local Civil Rule 7.2, which sets limits to the length of briefs and describes the format thereof.

* Plaintiff to provide defendant with latter's account records from JUNE 1, 2002 forward.

## IV.  EXPERTS

13.  Not later than    NONE           the report of any proposed <u>affirmative</u> expert witness shall be served, together with all other disclosures required by Civil Rule 26(a)(2)(B).

14.  Not later than    NONE              the report of any proposed <u>rebuttal</u> expert witness shall be served together with all other disclosures required by Civil Rule 26(a)(2)(B).

15.  Each expert report shall conform with Civil Rule 26(a)(2)(B).

16.  No expert shall testify at arbitration or trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

17.  No expert shall be deposed prior to arbitration.


    s/Ronald J. Hedges
RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE


Orig.    Clerk of the Court
         U.S.D.J.
         Carol Coleman, Arb. Clerk
         File